UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.<br><br>Plaintiff,<br><br>v.<br><br>ECOBEE, INC.,<br><br>Defendant. | Case No. 6:21-cv-00428-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiff EcoFactor, Inc. ("EcoFactor") and Defendant ecobee, Inc. ("ecobee") submit this Joint Claim Construction Statement in anticipation of the claim construction hearing scheduled for March 18, 2022. The asserted patents and claims are:

- U.S. Patent No. 8,740,100 ("'100 Patent") – Claims 1-16
- U.S. Patent No. 8,751,186 ("'186 Patent") – Claims 1-3, 5-10, 12, and 13
- U.S. Patent No. 9,194,597 ("'597 Patent") – Claims 9-16
- U.S. Patent No. 10,584,890 ("'890 Patent") – Claims 1-6 and 9-17

The parties' agreed and disputed claim constructions are provided below. The claim terms in dispute were proposed by ecobee.

## I. Agreed Constructions

| Term | Claims | Agreed Construction |
|---|---|---|
| A system for reducing the usage of a ventilation system comprising | '100 Patent, Claim 1 | Preamble is limiting |
| rate of change of temperatures inside the structure | '100 Patent, Claims 1, 9 | difference between inside temperature measurements divided by the span of time between the measurements |
| A process for optimizing the delay enforced by a thermostatic controller after said thermostatic controller turns a ventilation system off prior to allowing said thermostatic controller to signal said ventilation system to turn on again comprising | '100 Patent, Claim 9 | Preamble is limiting |
| rates of change in temperature at the first location | '186 Patent, Claims 1, 8 | difference between inside temperature measurements divided by the span of time between the measurements |
| automated setpoint | '597 Patent, Claim 9 | a computer-calculated temperature setting for a thermostat to achieve or maintain |

| Term | Claims | Agreed Construction |
|---|---|---|
| setpoint | '597 Patent, Claim 9 | a temperature setting for a thermostat to achieve or maintain |
| comparing | '597 Patent, Claim 9 | analyzing to determine one or more similarities or differences between |
| setpoint | '890 Patent, Claim 1 | a temperature setting for a thermostat to achieve or maintain |

## II.   DISPUTED CLAIM TERMS

| Term and Claims | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|
| evaluate one or more parameters / evaluating … one or more parameters relating to the operation of the said ventilation system<br><br>('100 Patent, Claims 1, 9) | No construction necessary; plain and ordinary meaning | Indefinite |
| the predicted rate of change<br><br>('597 Patent, Claim 9) | "rate of change": difference between inside temperature measurements divided by the span of time between the measurements<br><br>Remainder of phrase: No construction necessary; plain and ordinary meaning | Indefinite |
| protect the compressor from rapid cycling<br><br>('890 Patent, Claim 1) | No construction necessary; plain and ordinary meaning | Indefinite |
| performance characteristic<br><br>('890 Patent, Claim 17) | No construction necessary; plain and ordinary meaning | Indefinite |

2

| | |
|---|---|
| Date: March 4, 2022 | Respectfully submitted, |

<u>/s/ Reza Mirzaie</u>  
Reza Mirzaie  
Marc A. Fenster  
Kristopher Davis  
James Pickens  
Minna Chan  
Jason Wietholter  
**Russ August & Kabat**  
12424 Wilshire Boulevard, 12th Floor  
Los Angeles, CA 90025  
Telephone: (310) 826-7474  

Matthew D. Aichele  
**Russ August & Kabat**  
800 Maine Ave SW, Suite 200  
Washington, DC. 20024  
Telephone: (202) 664-0623  

*Counsel for Plaintiff EcoFactor, Inc.*

<u>/s/ Jennifer Ainsworth</u>  
Timothy J. Carroll  
Steven M. Lubezny  
VENABLE LLP  
227 West Monroe Street, Suite 3950  
Chicago, ILL 60606  
Telephone: (312) 820-3400  
Fax: (312) 820-3401  
TJCarroll@Venable.com  
SMLubezny@Venable.com  

Manny J. Caixeiro  
VENABLE LLP  
2049 Century Park East, Suite 2300  
Los Angeles, CA 90067  
Telephone: (310) 229-9900  
Fax: (310) 229-9901  
MJCaixeiro@Venable.com  

Jennifer Parker Ainsworth  
Texas State Bar No. 00784720  
WILSON, ROBERTSON & CORNELIS, P.C.  
909 ESE Loop 323, Suite 400  
Tyler, Texas 75701  
Telephone: (903) 509-5000  
Fax: (903) 509-5092  
jainsworth@wilsonlawfirm.com  

*Counsel for Defendant ecobee, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 4, 2022, with a copy of this document via the Court's CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie