IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>    Plaintiff,<br>  v.<br><br>ECOBEE, INC.,<br><br>    Defendant. | Case No.: 6:20-cv-00078-ADA<br><br>**JURY TRIAL DEMANDED** |
| ECOFACTOR, INC.,<br><br>    Plaintiff,<br>  v.<br><br>ECOBEE, INC.,<br><br>    Defendant. | Case No.: 6:21-cv-00428-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO CONSOLIDATE ACTIONS

Plaintiff EcoFactor, Inc. ("EcoFactor") and Defendant ecobee, Inc. ("ecobee") hereby jointly move to consolidate the above-captioned actions under Case No. 6:21-cv-00428-ADA.

In Case No. 6:20-cv-00078-ADA ("the -00078 Action"), the parties are set to begin trial on September 26, 2022. Two patents remain asserted in the -00078 Action: U.S. Patent No. 8,738,327 ("the '327 patent") and U.S. Patent No. 10,534,382 ("the '382 patent"). However, EcoFactor has filed a motion to dismiss without prejudice Count IV of the Complaint alleging infringement of the '382 patent, in light of the Patent Trial and Appeal Board ("PTAB") of the USPTO recently issuing a Final Written Decision finding the asserted claims unpatentable. *See, e.g.*, -00078 Action, Dkt. No. 139. While EcoFactor is appealing the PTAB's decision, it agrees with ecobee that this Court should not hold a trial on the '382 patent unless and until that decision is overturned.

1

In the interim, the parties agree that it would make efficient use of party and judicial resources to consolidate the remaining claims of the -00078 Action (all of which relate to the '327 patent) with the claims at issue in Case No. 6:21-cv-00428-ADA ("the -00428 Action"), which involves (a) the same parties and products, (b) overlapping witnesses and evidence, (c) overlapping factual and legal issues, and (d) other EcoFactor asserted patents. Trial in the -00428 Action is scheduled to begin on March 21, 2023. *See* -00428 Action, Dkt. No. 31. Consolidating these two separate cases under the -00428 Action will avoid the need for this Court to hold two trials within six months of each other involving overlapping issues and witnesses.

To implement the proposed consolidation, the parties stipulate and agree to the following terms:

1. All discovery materials and filings in the -00078 Action will be treated as though they were submitted in the consolidated -00428 Action, subject to the additional terms below.

2. By September 13, 2022 (i.e., four weeks before the close of fact discovery), the parties shall update the discovery responses and document productions previously provided in the -00078 Action solely to include (1) updated financial documents and information, and (2) documents and information regarding ecobee's two new thermostat products that were released in May 2022 (Smart Thermostat Enhanced and Smart Thermostat Premium).

3. Solely for purposes of litigating the alleged infringement of the '327 patent, ecobee stipulates that there is no material difference between the accused functionality and relevant source code of the Smart Thermostat Enhanced and Smart Thermostat Premium, on the one hand, and the accused ecobee Smart Thermostat with Voice Control, on the other hand, the latter of which was already addressed in the parties' expert reports. Consequently, EcoFactor's same infringement arguments and ecobee's same non-infringement arguments apply to the Smart Thermostat Enhanced and Smart Thermostat Premium. However, for avoidance of doubt, ecobee does not stipulate—and nothing herein prejudices ecobee from arguing—that the Smart Thermostat Enhanced and Smart Thermostat Premium are materially different from Smart Thermostat with Voice Control for purposes other than analyzing infringement of the '327 patent—including, for example, for purposes of analyzing infringement of the patents currently in issue in the -00428 Action.

4. On or before October 18, 2022 (the deadline for opening expert reports on the patents already at issue in the -00428 Action), opening expert reports previously

submitted in the -00078 Action may be supplemented to address updated sales data and ecobee's two new thermostat products. On or before November 15, 2022 (the deadline for rebuttal expert reports on the patents already at issue in the -00428 Action), rebuttal expert reports previously submitted in the -00078 Action may be supplemented to address new material contained in supplemental opening reports. The technical expert reports of Mr. Zeidman and Dr. Souri will be supplemented only to reference the parties' Stipulation 3 above and convey that their existing opinions therefore apply to ecobee's two new thermostat products. Supplements to the damages expert reports of Mr. Kennedy and Ms. Riley will be consistent with their existing damages theories. Mr. Kennedy and Ms. Riley each may be deposed for up to two hours on the supplemental contents of their supplemental reports. Given the very narrow purpose of their supplemental reports, there will be no further deposition of Mr. Zeidman or Dr. Souri regarding their -00078 Action reports.

5. The following three motions, which are presently pending in the -00078 Action, will be decided in the proposed consolidated -00428 Action: (1) ecobee's Corrected Motion to Strike New Infringement Theories (Dkt. No. 90); (2) ecobee's Corrected Motion to Exclude the Damages Opinions of David Kennedy (Dkt. No. 91); and (3) EcoFactor's Motion to Exclude Opinions of ecobee's Damages Expert Michele Riley (Dkt. No. 94).

6. The parties shall serve new pretrial disclosures on January 10, 2023, thus replacing the pretrial disclosures previously served in the -00075 Action.

7. ecobee agrees not to seek a stay or otherwise delay trial of the consolidated -00428 Action, absent (1) serious and unanticipated illness or injury to lead counsel or experts that would prevent such individuals from participating in the trial as scheduled to begin on March 21, 2023, or (2) other unforeseen and serious events that would make it unreasonable or impossible to try the case as scheduled.

8. All existing motions *in limine* and pending evidentiary objections will be deemed moot, and the parties will submit new motions *in limine* and objections in the normal course in advance of the new trial date.

9. All current deadlines in the -00078 action not addressed above will be vacated.

The parties respectfully request that the Court consolidate these actions. Should the Court wish to discuss any questions regarding how the requested consolidation would be implemented, the parties are available at the Court's convenience.

Dated:  July 11, 2022

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Reza Mirzaie* | /s/ *Manny J. Caixeiro* |

Reza Mirzaie
Marc A. Fenster
Paul A. Kroeger
James N. Pickens
Kristopher R. Davis
Minna Y. Chan
Matthew Aichele
Adam S. Hoffman
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rak_ecofactor@raklaw.com

*Attorneys for Plaintiff EcoFactor, Inc.*

Jennifer P. Ainsworth
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509-5000 Main
(903) 509-5001 Direct
(903) 509-5092 Fax
Email: jainsworth@wilsonlawfirm.com

Manny J. Caixeiro
VENABLE, LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310-229-9900
Fax: 310-229-9901
Email: MJCaixeiro@venable.com

Timothy J. Carroll
Vivian Sandoval
Steve M. Lubezny
VENABLE LLP
227 West Monroe Street, Suite 3950
Chicago, IL 60606
312-820-3400
Fax: 312-820-3401
Email: tjcarroll@venable.com
vsandoval@venable.com
smlubezny@venable.com

Rudolph A. Telscher, Jr.
Missouri Bar No. 41072*
rudy.telscher@huschblackwell.com
Kara R. Fussner
Missouri Bar No. 54656*
kara.fussner@huschblackwell.com
Daisy Manning
Missouri Bar No. 62134*
daisy.manning@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314.480.1500 Telephone

314.480.1505 Facsimile

*Admitted *Pro Hac Vice*

*Attorneys for Defendant ecobee, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system.

Dated: July 11, 2022                                    By: */s/ Kristopher R. Davis*
                                                                         Kristopher R. Davis