# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ECOBEE, INC., <br><br>    Defendant. | Case No. 6:20-cv-00078-ADA <br><br> **JURY TRIAL DEMANDED** |
| ECOFACTOR, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ECOBEE, INC., <br><br>    Defendant. | Case No. 6:21-cv-00428-ADA <br><br> **JURY TRIAL DEMANDED** <br><br> **LEAD CASE** |

# NOTICE OF MOOTNESS REGARDING
# PRIOR MOTIONS FILED BY DEFENDANT IN THE -00078 CASE

Defendant ("ecobee") hereby provides this notice of mootness regarding four motions previously filed by ecobee in the -0078 case (D.I. 88, 90, 91, 92).

As background, on November 19, 2021, ecobee filed the following motions in the -0078 matter: (i) Motion to Strike New Infringement Theories in Plaintiff EcoFactor Inc.'s Expert Report of Robert Zeidman Regarding Infringement By ecobee (-00078 Case, D.I. 90); (ii) ecobee's Daubert Motion to Exclude the Damages Opinion of Dr. Kennedy (-00078 case, D.I. 91) (iii) Defendants' Joint Motion for Summary Judgement of Subject Matter Ineligibility Under 35 U.S.C. Section 101 (-00078 Case, D.I. 88); and (iv) Defendants' Joint Daubert Motion to Exclude Certain Testimony of Dr. Palmer (-00078 case, D.I. 92) (collectively, the "-00078 motions"). At the time of filing of these motions, EcoFactor was asserting infringement of both U.S. Patent No. 10,534,382 (the '382 patent) and U.S. Patent No. 8,738,327 ("the '327 patent) against ecobee.

On June 3, 3022, EcoFactor dismissed its allegations of infringement as to the '382 patent against ecobee. *See* -00078 Case, D.I. 144. As such, the only remaining patent asserted against ecobee in the -00078 case is the '327 patent.

On July 25, 2022, the -00078 Action and the -00428 Action were consolidated. *See* -0078 Case, D.I. 146. Pursuant to the Court's amended schedule entered on December 15, 2022, the dispositive motion deadline and Daubert motion deadline for the -00428 Case was set for December 30, 20022. *See* -00428 Case, D.I. 64.

Pursuant to the Court's direction, received by email on December 29, 2022, ecobee is "repackaging" the portions of the -00078 motions that related to the '327 patent with its dispositive and Daubert motions in the -00428 case. Consequently, the previously-filed -00078 motions are now moot.

Accordingly, for the reasons above, and in light of the new motions being filed by ecobee on December 30, 2022, ecobee requests that the Court deny as moot the following previously-filed motions from the -00078 case:

(i) Motion to Strike New Infringement Theories in Plaintiff EcoFactor Inc.'s Expert Report of Robert Zeidman Regarding Infringement By ecobee (-00078 Case, D.I. 90)

(ii) ecobee's Daubert Motion to Exclude the Damages Opinion of Dr. Kennedy (-00078 case, D.I. 91)

(iii) Defendants' Joint Motion for Summary Judgement of Subject Matter Ineligibility Under 35 U.S.C. Section 101 (-00078 Case, D.I. 88)

(iv) Defendants' Joint Daubert Motion to Exclude Certain Testimony of Dr. Palmer (-00078 case, D.I. 92)

Dated: December 30, 2022

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

Timothy J. Carroll
Steven M. Lubezny
VENABLE LLP
227 West Monroe Street, Suite 3950
Chicago, IL 60606
Telephone: (312) 820-3400
Fax: (312) 820-3401
TJCarroll@Venable.com
SMLubezny@Venable.com

        Manny J. Caixeiro
        VENABLE LLP
        2049 Century Park East, Suite 2300
        Los Angeles, CA 90067
        Telephone: (310) 229-9900
        Fax: (310) 229-9901
        MJCaixeiro@Venable.com

        Megan S. Woodworth
        VENABLE LLP
        600 Massachusetts Ave NW
        Washington, DC 20001
        Telephone: (202) 344-4507
        Fax: (202) 344-8300
        MSWoodworth@Venable.com

        Daniel A. Apgar
        VENABLE LLP
        1290 Avenue Of The Americas
        New York, NY 10104
        Telephone:  (212) 218-2209
        Fax: (212) 218-2100
        DApgar@Venable.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on December 30, 2022, with a copy of this document via the Court's CM/ECF.

        */s/ Jennifer P. Ainsworth*
        Jennifer P. Ainsworth