**FILED**

June 23, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jennifer Clark_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ECOFACTOR, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00428-ADA |
| | § | |
| ECOBEE, INC., ECOBEE, INC., | § | |
| ECOFACTOR, INC. | | |

## JURY NOTE #1

The foreperson is: _____██████████_____

██████████

~~FOREPERSON~~

RESPONSE:

DATE: _____06/23/2023_____ TIME: _____9:53_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

June 23, 2023
9:55 a