**FILED**
June 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Jennifer Clark__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ECOFACTOR, INC.

vs.   NO: WA:21-CV-00428-ADA

ECOBEE, INC., ECOBEE, INC.,
ECOFACTOR, INC.

JURY NOTE NUMBER __2__

We need to see the testimony, if we can, of DarkSky, from Adam Grossman. Furthermore, we would see any slides from DarkSky.

PRESIDING JUROR

06/23/2023   1:17 P.M.
DATE and TIME

\*\*\*\*\*\*\*\*\*\*

COURT'S RESPONSE:

Ladies and gentlemen, we do not allow jurors to review portions of the testimony. Please do your best to recall what the evidence was and continue your deliberations.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

6/23/23   1:26 p.m.
DATE and TIME