FILED
June 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ECOFACTOR, INC.  §
§
VS.  §   NO: WA:21-CV-00428-ADA
§
ECOBEE, INC., ECOBEE, INC.,  §
ECOFACTOR, INC.  §

JURY NOTE NUMBER 3

What is the title of the document showing future sales of ecobee?

PRESIDING JUROR

06/23/2023   3:20 P.M.
DATE and TIME

* * * * * * * * * *

COURT'S RESPONSE:

Ladies & gentlemen, you have all of the evidence that was introduced during trial. I cannot refer you to any specific document. Please continue your deliberations.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

June 23, 2023
DATE and TIME

325