# EXHIBIT 2

ST44 Rev. 04/18  
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
**For the Western District of Texas**

## INVOICE 20230187

Reza Mirzaie  
Russ August & Kabat  
12424 Wilshire Blvd., 12th Floor  
Los Angeles, CA 90025  
mballesteros@raklaw.com

**MAKE CHECKS PAYABLE TO:**  
Kristie M. Davis, RMR, CRR  
United States Court Reporter  
PO Box 20994  
Waco, TX 76702  
(254) 666-0904   Fax: (254) 750-1516  
kmdaviscsr@yahoo.com

__ CRIMINAL    ☒ CIVIL

DATE ORDERED: 06-01-2023

DATE DELIVERED:

**In the matter of:** W-20-CV-78/21-CV-428, ECOFACTOR v ECOBEE

TRIAL TRANSCRIPTS (DAILY & REALTIME)

Payments accepted by paper check; PayPal payments (kmdaviscsr@yahoo.com); Venmo @Kristie-Davis-21; Square invoice upon request. If overnighting payment, please ask for address. ACH information available upon request.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | ESTIMATED TRANSCRIPT FEES | | | | | | | | Misc. Charges | 15000.00 |
| | | | | | | | | | **Subtotal** | 15000.00 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 15000.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Kristie Davis

DATE: 06-01-2023

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR