# EXHIBIT 4

# Witness Costs

| Witness Name | Attendance | | Subsistence | | Airfare | Total Costs for Each Witness |
|---|---|---|---|---|---|---|
| | Days | Fee | Days | Fee | | |
| Glen Okita | 3 | 40.00 | 1 | $64 | $603.90 - $35.00 = $568.90 for SJC to AUS (business class)<br><br>$404.01 - $35.00 = $369.01 for AUS to SJC (business class) | 120<br>+64<br>+(0.4*568.90)<br>+(0.4*369.01)<br>= **$559.16** |
| Shayan Habib | 3 | 40.00 | 1 | $64 | $603.90 - $35.00 = $568.90 for SJC to AUS (business class)<br><br>$503.98 for DAL to SJC (business select) | 120<br>+64<br>+(0.4*568.90)<br>+(0.4*503.98)<br>= **$613.15** |
| Robert Zeidman | 3 | 40.00 | 1 | $64 | $1,638.40 - $35.00 = $1,603.40 for LAS to Waco (first class)<br><br>$1,010.41 - $35.00 = $975.41 for Waco to LAS (first class) | 120<br>+64<br>+(0.4*1,603.40)<br>+(0.4*975.41)<br>= **$1,215.52** |
| Erik de la Iglesia | 3 | 40.00 | 1 | $64 | $1,297.90 for SFO to DFW (first class)<br><br>$707.40 for Waco to SJC (first class) | 120<br>+64<br>+(0.4*1,297.90)<br>+(0.4*707.40)<br>= **$986.12** |
| David Kennedy | 4 | 80.00 | 2 | $128 | $893.90 - $35.00 = $858.90 for Bozeman to DFW (first class)<br><br>$918.90 - $35.00 = $883.90 for DFW to Bozeman (first class) | 160<br>+128<br>+(0.4*858.90)<br>+(0.4*883.90)<br>= **$985.12** |
| John Palmer | 2 | 40.00 | 1 | $64 | $858.80 for SLC-DFW round-trip (economy class) | 80<br>+64<br>+858.80<br>= **$1,002.80** |
| | | | | | **GRAND TOTAL** | **$5,361.87** |



An official website of the United States government

# U.S. General Services Administration

# FY 2023 Per Diem Rates for Texas

**Daily lodging rates (excluding taxes) | October 2022 - September 2023**

Cities not appearing below may be located within a county for which rates are listed. To determine the county a destination is located in, visit the Census Geocoder.

| Primary Destination ⓘ | County ⓘ | 2022 Oct | Nov | Dec | 2023 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arlington / Fort Worth / Grapevine | Tarrant County / City of Grapevine | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 | $167 |
| Austin | Travis | $158 | $140 | $140 | $140 | $161 | $161 | $161 | $161 | $161 | $131 | $131 | $158 |
| Big Spring | Howard | $136 | $136 | $136 | $136 | $136 | $136 | $136 | $136 | $136 | $136 | $136 | $136 |
| Corpus Christi | Nueces | $104 | $104 | $104 | $104 | $104 | $104 | $104 | $104 | $104 | $104 | $104 | $104 |
| Dallas | Dallas | $161 | $161 | $154 | $154 | $154 | $154 | $154 | $154 | $154 | $154 | $154 | $161 |
| Galveston | Galveston | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $99 | $139 | $139 | $99 | $99 |
| Houston | Montgomery / | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 |

|  | Fort Bend / Harris |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Midland / Odessa | Midland / Andrews / Ector / Martin | $183 | $183 | $183 | $183 | $183 | $183 | $183 | $183 | $183 | $183 | $183 | $183 |
| Pecos | Reeves | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 | $134 |
| Plano | Collin | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 | $122 |
| Round Rock | Williamson | $102 | $102 | $102 | $102 | $102 | $102 | $102 | $102 | $102 | $102 | $102 | $102 |
| San Antonio | Bexar | $124 | $124 | $124 | $124 | $124 | $124 | $124 | $124 | $124 | $124 | $124 | $124 |
| South Padre Island | Cameron | $99 | $99 | $99 | $99 | $99 | $115 | $115 | $115 | $115 | $115 | $99 | $99 |
| Standard Rate | Applies for all locations without specified rates | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 |
| Waco | McLennan | $107 | $107 | $107 | $107 | $107 | $123 | $123 | $107 | $107 | $107 | $107 | $107 |

**Meals & Incidentals (M&IE) rates and breakdown** ⓘ

Use this table to find the following information for federal employee travel:

**M&IE Total** - the full daily amount received for a single calendar day of travel when that day is neither the first nor last day of travel.

**Breakfast, lunch, dinner, incidentals** - Separate amounts for meals and incidentals. M&IE Total = Breakfast + Lunch + Dinner + Incidentals. Sometimes meal amounts must be deducted from trip voucher. See More Information

**First & last day of travel** - amount received on the first and last day of travel and equals 75% of total M&IE.

| Primary Destination ⓘ | County ⓘ | M&IE Total | Continental Breakfast/Breakfast | Lunch | Dinner | Incidental Expenses | First & Last Day of Travel ⓘ |
|---|---|---|---|---|---|---|---|
| Arlington / Fort Worth / Grapevine | Tarrant County / City of Grapevine | $64 | $14 | $16 | $29 | $5 | $48.00 |

| Austin | Travis | $64 | $14 | $16 | $29 | $5 | $48.00 |
| Big Spring | Howard | $64 | $14 | $16 | $29 | $5 | $48.00 |
| Corpus Christi | Nueces | $64 | $14 | $16 | $29 | $5 | $48.00 |
| Dallas | Dallas | $69 | $16 | $17 | $31 | $5 | $51.75 |
| Galveston | Galveston | $64 | $14 | $16 | $29 | $5 | $48.00 |
| Houston | Montgomery / Fort Bend / Harris | $69 | $16 | $17 | $31 | $5 | $51.75 |
| Midland / Odessa | Midland / Andrews / Ector / Martin | $64 | $14 | $16 | $29 | $5 | $48.00 |
| Pecos | Reeves | $59 | $13 | $15 | $26 | $5 | $44.25 |
| Plano | Collin | $64 | $14 | $16 | $29 | $5 | $48.00 |

### Additional Per Diem Topics

- [Meals & Incidental Expenses Breakdown (M&IE)](#)
- [FAQs](#)
- [State Tax Exemption Forms](#)
- [Factors Influencing Lodging Rates](#)
- [Per Diem Highlights](#)
- [Fire Safe Hotels](#) ⤤
- [Have a Per Diem Question?](#)
- [Downloadable Per Diem Files](#)

### Need more information?

- [Rates for Alaska, Hawaii, U.S. Territories and Possessions (set by DoD)](#) ⤤
- [Rates in Foreign Countries (Set by State Dept.)](#) ⤤
- [Federal Travel Regulations (FTR)](#)

### Related topics

- [Travel Resources](#)
- [E-Gov Travel](#)
- [FedRooms](#)
- [POV Mileage Reimbursement Rates](#)

Last Reviewed: 2022-10-14



GSA.gov

**An official website of the U.S. General Services Administration**

Accessibility statement

Website Policies

Reports

Office of the Inspector General

No FEAR Act

FOIA Requests

Board of Contract Appeals

Looking for U.S. government information and services? **Visit USA.gov** ⬀

SALES PERSON: GS          ITINERARY/INVOICE NO. 0021358          DATE: 19 MAY 23
                                        DQXNWL                   PAGE: 01

        TO: FIRSTWORLD TRAVEL
            1751 REDWOOD LANE
            SUITE 1
            LAFAYETTE IND 47905
            R P

FOR: HABIB/SHAYAN


13 JUN 23  -  TUESDAY
    AIR   ALASKA AIRLINES        FLT:3354    BUSINESS        LUNCH
          OPERATED BY /SKYWEST AIRLINES AS ALASKASKYWEST
          LV SAN JOSE        CA          1005A      EQP: E75
          DEPART: TERMINAL B                        03HR 35MIN
          AR AUSTIN                      340P       NON-STOP
                                                    REF: ZRSKKC

          HABIB/SHAYAN        SEAT-1C

19 MAY 23  -  FRIDAY
    OTHER INDIANAPOLIS
          SERVICE FEE
          SERV CHGS
                                  BILLED TO AXXXXXXXXXXX            35.00*

AIR TICKET    AS7961179802      HABIB SHAYAN
ELEC TKT                        BILLED TO AXXXXXXXXXXX            568.90*
                                                        ----------------
                                TOTAL BASE                       550.35
                                TOTAL TAX                         53.55
                                NET CC BILLING                   603.90*
                                                        ----------------
                                TOTAL AMOUNT DUE                   0.00

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU
CANCEL BY FLIGHT TIME OR NO VALUE
PLEASE CONTACT US IF CHANGE

```
                        FIRSTWORLD TRAVEL
                         2909 W 500 N
                  WEST LAFAYETTE, INDIANA 47906
                         800-363-4778
                         765-269-7153-FAX

SALES PERSON: GS        ITINERARY/INVOICE NO. 0021359       DATE: 19 MAY 23
                                        HSIUBP              PAGE: 01


        TO: FIRSTWORLD TRAVEL
            1751 REDWOOD LANE
            SUITE 1
            LAFAYETTE IND 47905
            R P

FOR: OKITA/GLEN



13 JUN 23  -  TUESDAY
    AIR   ALASKA AIRLINES       FLT:3354   BUSINESS        LUNCH
          OPERATED BY /SKYWEST AIRLINES AS ALASKASKYWEST
          LV SAN JOSE        CA           1005A       EQP: E75
          DEPART: TERMINAL B                          03HR 35MIN
          AR AUSTIN                       340P        NON-STOP
                                                      REF: UMQINW

          OKITA/GLEN          SEAT-1D

19 MAY 23  -  FRIDAY
    OTHER INDIANAPOLIS
    OTHER INDIANAPOLIS
          SERVICE FEE
          SERV CHGS
                              BILLED TO AXXXXXXXXXXXX           35.00*

AIR TICKET    AS7961179803     OKITA GLEN
ELEC TKT                       BILLED TO AXXXXXXXXXXXX          568.90*
                                                         ---------------
                               TOTAL BASE                      550.35
                               TOTAL TAX                        53.55
                               NET CC BILLING                  603.90*
                                                         ---------------
                               TOTAL AMOUNT DUE                  0.00

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU
CANCEL BY FLIGHT TIME OR NO VALUE
PLEASE CONTACT US IF CHANGE
```



SALES PERSON: GS          ITINERARY/INVOICE NO. 0021375          DATE: 07 JUN 23
                                          XVAMYV          PAGE: 01

        TO: FIRSTWORLD TRAVEL
            1751 REDWOOD LANE
            SUITE 1
            LAFAYETTE IND 47905
            R P

FOR: OKITA/GLEN


22 JUN 23  -  THURSDAY
    CAR   WACO                  AVIS RENT A CAR        FULL SZ AUTO AC
          PICK UP-0958
          AT-WACO REGIONAL AIRPORT
            7909 KARL MAY DR
            WACO                    TX   76708-5572   US
          RETURN-22JUN/1625
          TO-AUSTIN BERGSTROM INTL AIRPORT
            3819 PRESIDENTIAL BLVD
            AUSTIN                  TX   78719-3016   US
          RATE PLAN   1DAYS   0HRS          USD   MI/KM   EX MI/KM
          DAILY RATE                        87.99   UNL
          XTRA DAY-                         87.99   UNL
          XTRA HOUR-                        66.00   UNL
          DRP CHG-                          USD.00
          MANDATORY CHARGES                 28.36
          APPROX RENTAL COST               116.35   UNL
          CONFIRMATION NUMBER   15922105US3          RATE-GUARANTEED


    AIR   ALASKA AIRLINES       FLT:3354   BUSINESS      DINNER
          OPERATED BY /SKYWEST AIRLINES AS ALASKASKYWEST
          LV AUSTIN                        425P       EQP: E75
                                                      03HR 43MIN
          AR SAN JOSE        CA            608P       NON-STOP
          ARRIVE: TERMINAL B                          REF: NXRCCJ
          OKITA/GLEN        SEAT-2D

07 JUN 23  -  WEDNESDAY
    OTHER INDIANAPOLIS
          SERVICE FEE
          SERV CHGS
                            BILLED TO AXXXXXXXXXXXXX          35.00*

                        CONTINUED ON PAGE 2



FIRSTWORLD TRAVEL
2909 W 500 N
WEST LAFAYETTE, INDIANA 47906
800-363-4778
765-269-7153-FAX

SALES PERSON: GS     ITINERARY/INVOICE NO. 0021375     DATE: 07 JUN 23
                                            XVAMYV     PAGE: 02

    TO: FIRSTWORLD TRAVEL
        1751 REDWOOD LANE
        SUITE 1
        LAFAYETTE IND 47905
        R P

FOR: OKITA/GLEN


AIR TICKET    AS7961179812        OKITA GLEN
ELEC TKT                          BILLED TO AXXXXXXXXXXXX          369.01*
                                                          ---------------
                                  TOTAL BASE                      364.40
                                  TOTAL TAX                        39.61
                                  NET CC BILLING                  404.01*
                                                          ---------------
                                  TOTAL AMOUNT DUE                  0.00

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU
CANCEL BY FLIGHT TIME OR NO VALUE
PLEASE CONTACT US IF CHANGE

```
                        FIRSTWORLD TRAVEL
                        2909 W 500 N
                   WEST LAFAYETTE, INDIANA 47906
                        800-363-4778
                        765-269-7153-FAX

SALES PERSON: GS        ITINERARY/INVOICE NO. 0021357        DATE: 19 MAY 23
                                     QRWRMK                  PAGE: 01


        TO: FIRSTWORLD TRAVEL
            1751 REDWOOD LANE
            SUITE 1
            LAFAYETTE IND 47905
            R P

FOR: ZEIDMAN/ROBERT



15 JUN 23  -  THURSDAY
    AIR   AMERICAN AIRLINES    FLT:2356    FIRST       LUNCH
          LV LAS VEGAS                     1140A       EQP: AIRBUS A321
          DEPART: TERMINAL 1                           02HR 54MIN
          AR DALLAS FT WORTH               434P        NON-STOP
                                                       REF: UGZSEB

          ZEIDMAN/ROBERT    SEAT-3C
    AIR   AMERICAN AIRLINES    FLT:3070    FIRST
          OPERATED BY SKYWEST AIRLINES AS AMERICAN EAGLE
          LV DALLAS FT WORTH               527P        EQP: CANADAIR REGIONAL
          DEPART: TERMINAL E                              47MIN
          AR WACO                          614P        NON-STOP
                                                       REF: UGZSEB

          ZEIDMAN/ROBERT    SEAT-3A

19 MAY 23  -  FRIDAY
    OTHER INDIANAPOLIS
          SERVICE FEE
          SERV CHGS
                                BILLED TO AXXXXXXXXXXX▮          35.00*

AIR TICKET   AA7961179801        ZEIDMAN ROBERT
ELEC TKT                         BILLED TO AXXXXXXXXXXX▮       1,603.40*
                                                             ---------------
                                 TOTAL BASE                    1,508.49
                                 TOTAL TAX                       129.91
                                 NET CC BILLING                1,638.40*
                                                             ---------------
                                 TOTAL AMOUNT DUE                  0.00

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU
CANCEL BY FLIGHT TIME OR NO VALUE
PLEASE CONTACT US IF CHANGE
```

```
                    FIRSTWORLD TRAVEL
                    2909 W 500 N
              WEST LAFAYETTE, INDIANA 47906
                    800-363-4778
                    765-269-7153-FAX

SALES PERSON: GS      ITINERARY/INVOICE NO. 0021386      DATE: 20 JUN 23
                                RNBZUB                   PAGE: 01


        TO: FIRSTWORLD TRAVEL
            1751 REDWOOD LANE
            SUITE 1
            LAFAYETTE IND 47905
            R P

FOR: ZEIDMAN/ROBERT



21 JUN 23  -  WEDNESDAY
    AIR   AMERICAN AIRLINES    FLT:3038    FIRST
          OPERATED BY SKYWEST AIRLINES AS AMERICAN EAGLE
          LV WACO                   1030A      EQP: CANADAIR REGIONAL
                                                    58MIN
          AR DALLAS FT WORTH        1128A      NON-STOP
          ARRIVE: TERMINAL E                   REF: RNBZKQ
          ZEIDMAN/ROBERT    SEAT-2D
    AIR   AMERICAN AIRLINES    FLT:1871    FIRST      LUNCH
          LV DALLAS FT WORTH        256P       EQP: AIRBUS A321
                                                    02HR 51MIN
          AR LAS VEGAS             347P       NON-STOP
          ARRIVE: TERMINAL 1                   REF: RNBZKQ
          ZEIDMAN/ROBERT    SEAT-1F

20 JUN 23  -  TUESDAY
    OTHER INDIANAPOLIS
          SERVICE FEE
          SERV CHGS
                                 BILLED TO AXXXXXXXXXXX█        35.00*

AIR TICKET    AA7961179821       ZEIDMAN ROBERT
ELEC TKT                         BILLED TO AXXXXXXXXXXX█       975.41*
                                                           ---------------
                                 TOTAL BASE                   924.31
                                 TOTAL TAX                      86.10
                                 NET CC BILLING              1,010.41*
                                                           ---------------
                                 TOTAL AMOUNT DUE                0.00

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU
CANCEL BY FLIGHT TIME OR NO VALUE
PLEASE CONTACT US IF CHANGE
```

```
                        FIRSTWORLD TRAVEL
                          2909 W 500 N
                   WEST LAFAYETTE, INDIANA 47906
                          800-363-4778
                          765-269-7153-FAX

SALES PERSON: GS       ITINERARY/INVOICE NO. 0021356      DATE: 18 MAY 23
                                    HJRCIH               PAGE: 01


        TO: FIRSTWORLD TRAVEL
            1751 REDWOOD LANE
            SUITE 1
            LAFAYETTE IND 47905
            R P

FOR: KENNEDY/DAVID



13 JUN 23  -  TUESDAY
    AIR   AMERICAN AIRLINES    FLT:1257    FIRST        LUNCH
          LV BOZEMAN                       120P         EQP: BOEING 737-800
                                                        03HR 01MIN
          AR DALLAS FT WORTH               521P         NON-STOP
                                                        REF: UGLUOJ
          KENNEDY/DAVID     SEAT-2E

18 MAY 23  -  THURSDAY
    OTHER INDIANAPOLIS
          SERVICE FEE
          SERV CHGS
                                 BILLED TO AXXXXXXXXXXXX▮         35.00*

AIR TICKET    AA7961179800     KENNEDY DAVID
ELEC TKT                       BILLED TO AXXXXXXXXXXXX▮        858.90*
                                                         ---------------
                               TOTAL BASE                       820.12
                               TOTAL TAX                         73.78
                               NET CC BILLING                   893.90*
                                                         ---------------
                               TOTAL AMOUNT DUE                   0.00

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU
CANCEL BY FLIGHT TIME OR NO VALUE
PLEASE CONTACT US IF CHANGE
```

```
                    FIRSTWORLD TRAVEL
                     2909 W 500 N
              WEST LAFAYETTE, INDIANA 47906
                     800-363-4778
                    765-269-7153-FAX

SALES PERSON: GS      ITINERARY/INVOICE NO. 0021387      DATE: 21 JUN 23
                                    TJBRLV              PAGE: 01

        TO: FIRSTWORLD TRAVEL
            1751 REDWOOD LANE
            SUITE 1
            LAFAYETTE IND 47905
            R P

FOR: KENNEDY/DAVID


23 JUN 23  -  FRIDAY
    AIR   AMERICAN AIRLINES    FLT:2522    FIRST        DINNER
          LV DALLAS FT WORTH               541P         EQP: BOEING 737-800
                                                        03HR 03MIN
          AR BOZEMAN                       744P         NON-STOP
                                                        REF: TIIZDA
          KENNEDY/DAVID      SEAT-3F

21 JUN 23  -  WEDNESDAY
    OTHER INDIANAPOLIS
          SERVICE FEE
          SERV CHGS
                              BILLED TO AXXXXXXXXXXXX           35.00*

AIR TICKET    AA7961179822    KENNEDY DAVID
ELEC TKT                      BILLED TO AXXXXXXXXXXXX          883.90*
                                                        ---------------
                              TOTAL BASE                       843.37
                              TOTAL TAX                         75.53
                              NET CC BILLING                   918.90*
                                                        ---------------
                              TOTAL AMOUNT DUE                    0.00

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU
CANCEL BY FLIGHT TIME OR NO VALUE
PLEASE CONTACT US IF CHANGE
```

**From:** **Alexandra Loew** a oew@rak aw.com
**Subject:** Fwd: You re go ng to San Jose, CA on 06/24 (4NP9FR)!
**Date:** September 27, 2023 at 12:38 PM
**To:** Kr stopher Dav s kdav s@rak aw.com

AL

**Alexandra Loew**
Legal Assistant to Jules L  Kabat  Benjamin T  Wang  Jacob R  Buczko
Philip X  Wang  Christian W  Conkle  and Kristopher R  Davis
Russ August & Kabat
12424 Wilshire Boulevard  12th Floor
Los Angeles  CA 90025
310 826 7474
310 826 6991 Fax
aloew@raklaw com

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

RS Circular 230 Notice:  This communication is not intended to be used and cannot be used  for the purpose of avoiding U S  federal
tax related penalties or promoting  marketing or recommending to another party any tax related matter addressed herein

This communication shall not create  waive or modify any right  obligation or liability  or be construed to contain or be an electronic
signature  This communication may contain information that is legally privileged  confidential or exempt from disclosure  and is
intended only for the named addressee(s)   f you are not the intended recipient  please note that any dissemination  distribution  or
copying of this communication is prohibited

> Begin forwarded message:
>
> **From:** Southwest A r nes  <southwesta r nes@ f y.southwest.com>
> **Subject: You're going to San Jose, CA on 06/24 (4NP9FR)!**
> **Date:** June 23  2023 at 4:13:08 PM PDT
> **To:** <a oew@rak aw.com>
> **Reply To:** Southwest A r nes  <no  rep y@ f y.southwest.com>

Here's your itinerary & receipt. See ya soon!

View our mobile site | View in browser



**Southwest** 🧡                  **Manage Flight | Flight Status | My Accou**

# Hi Shayan,

We're looking forward to flying together! It can't come soon enough. Below
you'll find your itinerary, important travel information, and trip receipt. See
you onboard soon!

**JUNE 24**

# DAL ✈ SJC

Dallas (Love) to San Jose, CA

Confirmation # **4NP9FR**                 Confirmation date: 06/23/2023

| PASSENGER | **Shayan Habib** |
| --- | --- |
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262471714798 |
| EST POINTS EARNED | 5 460 |

Rapid Rewards® points are only estimations.

# Your itinerary

| **Flight:** Saturday, 06/24/2023 | Est. Travel Time: **3h 35m** | Business Select® |
|---|---|---|

| FLIGHT # 1246 | DEPARTS | | ARRIVES |
|---|---|---|---|
| | **DAL 04:35**PM |  | **SJC 06:10**PM |
| | Dallas (Love) | | San Jose, CA |

# Payment information

| Total cost | | | Payment | |
|---|---|---|---|---|
| **Air - 4NP9FR** | | | **Amer Express ending in** ▮▮▮ | |
| Base Fare | $ | 454.96 | Date: June 23, 2023 | |
| U.S. Transportation Tax | $ | 34.12 | **Payment Amount: $503.98** | |
| U.S. 9/11 Security Fee | $ | 5.60 | | |
| U.S. Flight Segment Tax | $ | 4.80 | | |
| U.S. Passenger Facility Chg | $ | 4.50 | | |
| **Total** | **$** | **503.98** | | |

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number is: 5262471714798

# All your perks, all in one place. (Plus a few reminders.)

 **Business Select® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and A1-A15 priority boarding. If you need to cancel your flight, no worries, Business Select fares are refundable.[8] Learn more.

 Don't forget about our Priority and Express Lanes! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

 Make sure you know when to arrive at your airport. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a transferable flight credit.[6]

# Prepare for takeoff

# Use our app to make changes to

# your trip, get a boarding pass, & more.



 Download app now    Download app now

 **Earn up to 1,800 Rapid Rewards® points.**
Plus save up to 30% off base rates with Budget®.



Book car >



## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in San Jose.

Book hotel >



## Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

Prepare now >

5262471714798: NONTRANSFERABLE -BG WN DFW WN SJC454.96USD454.96END ZP DAL4.80 XF DAL4.5

LLN0P8R

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit. **Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select award travel reservation: The points used for booking will continue to be redeposited to the purchaser's Rapid Rewards account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

## Need help?

**Contact us**

Customer service | FAQs

## Connect with us



**Get the mobile app**



*Point Purchase Offer Terms and Conditions

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into **Southwest.com**® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into **Southwest.com** and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

[1] Flight credits unexpired on or created on or after July 28, 2022 do not expire. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date.

[2] First and second checked bags. Weight and size limits apply.

[3] Fare difference may apply.

[4] Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

[8] Refundable to your original form of payment, as long as you cancel your reservation at least ten (10) minutes prior to the original scheduled departure time of your flight.

[9] This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2023 Southwest Airlines Co. All Rights Reserved.

Add UnitedAirlines@news.united.com to your address book. See instructions.

**UNITED**

Wednesday, May 17, 2023

# Thank you for choosing United



Once we've finished processing your reservation, you'll receive a second email containing your eTicket itinerary so that you can request additional receipts, export to your calendar, check in, cancel, upgrade, email or print your itinerary. This may take up to 24 hours.

We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

---

Confirmation number:

# EK6QNV

San Francisco, CA, US (SFO)
to Dallas/Fort Worth, TX, US (DFW)

Manage reservation

---

## Purchase summary

| | |
|---|---|
| 1 adult (18-64) | $1,193.49 |
| Taxes and fees | $104.41 |

| **Total** | **$1,297.90** |
|---|---|

Credit card payment: $1,297.90 (Visa-*████)

## Trip summary

Tue, Jun 13, 2023

 UA 1240                                    `Nonstop`

| **10:35 am** |  | **4:21 pm** | Duration: 3h 46m |
| San Francisco, CA, US (SFO) | | Dallas/Fort Worth, TX, US (DFW) | United First (C) Lunch |

---

## Travelers

| Erik De La Iglesia | SFO to DFW | 3F | Known Traveler/Pass ID: | ********* |
| | | | Frequent flyer: | UA-****█ |

---

**REAL ID requirement**

Do you have a REAL ID? Beginning May 7, 2025, every air traveler 18 and older will need a state-issued REAL ID-compliant license or identification card, or another acceptable form of ID (such as a passport), to fly within the United States. If you don't have a REAL ID, you'll need to use another acceptable form of identification, when flying within the U.S.



UNITED MileagePlus    AVIS    Budget

Save up to 35% on base rates*, plus earn up to 1,250 miles.

Book now                *Terms apply.

## Additional trip planning tools

- Baggage Policies: View current baggage acceptance allowances.
- Passport and Visa Information: International Travel Documentation requirements

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag)

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage.

## Checking bags for this itinerary



Issued: June 20, 2023

# Your trip confirmation and receipt

We charged $707.40 to your card ending in ▮▮▮▮ for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: RJFGQA**

## Thursday, June 22, 2023



**ACT**
Waco
5:15 AM

**AA 3095**
Operated by Skywest
Airlines as American Eagle

**DFW**
Dallas/Fort Worth
6:13 AM

Seat: **2C**
Class: **Business (I)**
Meals:

---

**DFW**
Dallas/Fort Worth
8:58 AM

**AA 2046**

**SJC**
San Jose
10:43 AM

Seat: **2B**
Class: **Business (I)**
Meals: **Breakfast**

**Manage your trip**

# Earn 50,000 Bonus Miles

Plus great travel benefits. Terms Apply.

Learn more



## Your purchase

**Erik De La Iglesia - AAdvantage® #:** ▮▮▮▮

New ticket (0012457001252)                                   $707.40
**[$640.00+ Taxes & carrier-imposed fees
$67.40]**

| | |
|---|---|
| **Total cost** | **$707.40** |

## Your payment

Visa (ending ▮▮▮▮)                                            $707.40

| | |
|---|---|
| **Total paid** | **$707.40** |

## Bag information

### Checked Bag (Airport)

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

**From:** **Delta Air Lines** De taA rL nes@t.de ta.com
**Subject:** Your F ght Rece pt - JOHN ARTHUR PALMER 19JUN23
**Date:** May 18, 2023 at 1:07 PM
**To:** ▮▮▮▮▮▮▮▮▮▮



<u>View as a Web Page</u>




SkyMiles® Member

**CONFIRMATION #: GXVQ5G**



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: JOHN ARTHUR PALMER
SkyMiles # 

| FLIGHT | SEAT |
|--------|------|
| DELTA 1665 | 13D |
| DELTA 1291 | 12C |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Mon, 19JUN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1665<br>Main Cabin (L) | SALT LAKE CITY<br>1:45pm | DALLAS-FT WORTH<br>5:26pm |

| Sat, 24JUN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1291<br>Main Cabin (L) | DALLAS-FT WORTH<br>7:55am | SALT LAKE CITY<br>9:41am |

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062109500248**
Place of Issue:

Issue Date: 18MAY23
Expiration Date: 18MAY24

| METHOD OF PAYMENT | |
|---|---|
| VI*************█ | **$629.80 USD** |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $558.14 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $41.86 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| **TICKET AMOUNT** | **$629.80 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| Mon 19 Jun 2023 | | SLC-DFW |
| --- | --- | --- |
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) WAS: ~~$30.00~~<sup>USD</sup> | FREE (70LBS/32KG) WAS: ~~$40.00~~<sup>USD</sup> |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

| Sat 24 Jun 2023 | | DFW-SLC |
| --- | --- | --- |
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) WAS: ~~$30.00~~<sup>USD</sup> | FREE (70LBS/32KG) WAS: ~~$40.00~~<sup>USD</sup> |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

## Your Pre-Trip Checklist for Easier Travel



### Book Hotel And Transportation

**Earn miles by booking your travel accommodations**



### Visit Our Help Center

**Get all your travel questions answered with information on**



### Update Your Contact Information

**Make sure your information is updated on your**

**with our hotel and car rental partners ›**  **self-service tools, baggage, SkyMiles and more ›**  **SkyMiles profile for a more personalized experience and service. View my profile ›**

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit **delta.com Restricted Items Section.**



Help Center ● Flight Deals ● Earn Miles ● Give Back

  

Email Preferences | Privacy Policy

♻ We believe travel can change the world. For good. Learn more about our Flight to Net Zero[SM] at [delta.com/sustainability.](delta.com/sustainability.)

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: SLC DL DFW279.07LA7RA0M6 DL SLC279.07LA7RA0M6 USD558.14END ZP SLCDFW XF SLC4.5DFW4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit [delta.com/baggage](delta.com/baggage). Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at [delta.com/firstbagfree](delta.com/firstbagfree)

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier ([www.delta.com/appr](www.delta.com/appr)) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( [www.delta.com/appr](www.delta.com/appr)) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to: drjapalmer@msn.com

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

From: **Delta Air Lines** De taA rL nes@t.de ta.com
Subject: Your F ght Rece pt - JOHN ARTHUR PALMER 22JUN23
Date: June 22, 2023 at 11:26 AM
To:



View as a Web Page

  

SkyMiles® Member

**CONFIRMATION #: GXVQ5G**

You're all set. If your plans change, be sure to make changes or cancel
via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: JOHN ARTHUR PALMER
SkyMiles # 

| FLIGHT | SEAT |
|--------|------|
| DELTA 1665 | 28D |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Thu, 22JUN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 1665<br>Main Cabin (M) | DALLAS-FT WORTH<br>6:27pm | SALT LAKE CITY<br>8:14pm |

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062122935382**
Place of Issue:
Issue Date: 22JUN23
Expiration Date: 18MAY24

| METHOD OF PAYMENT | |
|-------------------|--|
| VI************ | $229.00 USD |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062109500248 |
| Passenger Name | JOHN ARTHUR PALMER |
| Amount Applied | 629.80 USD |
| Applied to Ticket Number | 0062122935382 |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $771.16 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $57.84 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| **TICKET AMOUNT** | **$858.80 USD** |

Fare Difference - $213.02 USD
Taxes, Fees & Charges - $15.98 USD
Service Charge - $0.00 USD
**Total Charged - $229.00 USD**

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| Thu 22 Jun 2023 | | DFW-SLC |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) WAS: $30.00 USD OR 3,000 miles | FREE (70LBS/32KG) WAS: $40.00 USD OR 4,000 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

## Your Pre-Trip Checklist for Easier Travel



### Book Hotel And Transportation

**Earn miles by booking your travel accommodations with our hotel and car rental partners ›**



### Visit Our Help Center

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›**



### Update Your Contact Information

**Make sure your information is updated on your SkyMiles profile for a more personalized experience and service. View my**

# Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit **delta.com Restricted Items Section.**



Help Center  •  Flight Deals  •  Earn Miles  •  Give Back

  

Email Preferences | Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero$^{SM}$ at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: SLC DL DFW283.72LA0NA0CL DL SLC487.44MA0OA0MQ USD771.16END ZP SLCDFW XF SLC4.5DFW4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier ([www.delta.com/appr](www.delta.com/appr)) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( [www.delta.com/appr](www.delta.com/appr)) ou visiter le site Web de l'Office des transports du Canada.*

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

## PRIVACY POLICY

Your privacy is important to us. Please review our [Privacy Policy](Privacy Policy).

This email was sent to: [DRJAPALMER@MSN.COM](DRJAPALMER@MSN.COM)

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001