# EXHIBIT 5

## Docket Fees

| Date | Filing/Service | Amount |
|---|---|---|
| 1/31/2020 | Filing of Complaint in 20-cv-00078-ADA | $400.00 |
| 4/28/2021 | Filing of Complaint in 21-cv-00428-ADA | $402.00 |
| 8/19/2021 | Motion to Appear *Pro Hac Vice* by Kristopher R. Davis for Jason M. Wietholter | $100.00 |
| | **Total Amount** | **$902.00** |