# EXHIBIT 6

# Exemplification and Copying Costs

| Invoice Date | Invoice No. | Vendor | Cost |
|---|---|---|---|
| 03/31/2023 | X67649 | ARRAY | $3,210.13 |
| 06/23/2023 | 30762 | Connect Litigation | $33,912.12 ($7,650.00 + $8,350.00 + $17,912.12) |
| 06/30/2023 | X74283 | ARRAY | $108,517.44 |
| 08/31/2023 | 23-14602 | Demonstrative Boards | $3,045.75 |
| | | *Subtotal* | $148,685.44 |
| | | *Subtotal * 50%* | $73,342.72 |
| | | | |
| 01/06/2021 | 108147 | ecobee | $459.86 |
| | | **Grand Total (50% of copying subtotal plus product samples)** | **$74,802.58** |

 Gmail

Jay C. <jaycyc@gmail.com>

**Your ecobee order is confirmed.**
1 message

**ecobee** <support@ecobee.com>  Wed, Jan 6, 2021 at 9:01 AM
To: jaycyc@gmail.com

## ecobee

# Your order is confirmed.

A smart home solution is coming your way.

| Items ordered | Price |
|---|---|
| ecobee3 lite<br>Quantity: 1 | $169.99 USD |
| SmartThermostat with voice control<br>Quantity: 1 | $249.99 USD |

**Order #:** 108147

**Order Date:** January 6, 2021

| | |
|---|---|
| Subtotal | $419.98 |
| Shipping | $0.00 |
| CA STATE TAX | $25.20 |
| CA SPECIAL TAX | $9.44 |

|  |  |
|---|---|
| CA COUNTY TAX | $1.04 |
| CA SPECIAL TAX | $4.20 |
| Total Taxes | $39.88 |
| **Total** | **$459.86 USD** |

| Shipping address | Billing address |
|---|---|
| Jay Chung | Jay Chung |
| Russ August & Kabat | Russ August & Kabat |
| 12424 Wilshire Boulevard | 12424 Wilshire Boulevard |
| 12th Floor | 12th Floor |
| Los Angeles CA 90025 | Los Angeles CA 90025 |
| United States | United States |

**A tracking number will be emailed to you once your order has shipped.**

Terms and conditions

**We're here to help.**

Visit our FAQs, contact us at support@ecobee.com or 1-877-932-6233 for assistance.

**ecobee.com**

25 Dockside Drive, Suite 700
Toronto, ON, M5A 0B5, CA



**Payable to: Array**
**Mail to: 2995 Dawn Dr. Suite 106**
**Georgetown, TX 78628**
**Phone: (512) 831-4307**
**\*\*Please include invoice number with payment**

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2023 | X67649 |
| Tax ID - 85-0748969 | |

| Bill To |
|---|
| Russ August & Kabat |
| Attn: Accounts Payable |
| 12424 Wilshire Boulevard, 12th Floor |
| Los Angeles, CA 90025 |

| Ship To |
|---|
| Russ August & Kabat |
| 12424 Wilshire Boulevard, 12th Floor |
| Los Angeles, CA 90025 |

| | Job Number | Array-LA041770 |
|---|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 4/30/2023 | 3/6/2023 | CW LA | 4047-006G | Michael Lee | 4047-006G |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 24,851 | Electronic Image Endorsement (Per Page) | 0.01 | 248.51 |
| 1,902 | Exhibit Stamp Creation | 0.06 | 114.12 |
| 23.75 | Technical Time (Per Hour) | 100.00 | 2,375.00 |
| 3.15 | Full Processing with Images (per GB) | 150.00 | 472.50 |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $3,210.13 |
| **Sales Tax (9.5%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance** | $3,210.13 |



# INVOICE

Connect Litigation
130 W Main St
Suite 144-309
Trappe, PA 19426

INVOICE NO. 30762
DATE June 28, 2023
CUSTOMER ID RA0001

TO
Russ August Kabat
Mr. Mike Lee

| PROJECT MANAGER | PROJECT/LOCATION | TERMS | DUE DATE |
|---|---|---|---|
| A TARVER | Waco | due upon receipt | upon receipt |

| DESCRIPTION | PRICE | LINE TOTAL |
|---|---|---|
| **Consulting Time** | | $ 28,005.00 |
| Install/support/breakdown | $ 28,005.00 | |
| | | |
| **Equipment Fees** | | $ 25,562.12 |
| Equipment rental | $ 7,650.00 | |
| Clicks | $ 17,912.12 | |
| | | |
| **Expenses for Reimbursement** | | $ 3,521.47 |
| War room expenses | $ 2,417.26 | |
| Catering and team meals | $ 351.44 | |
| Connect tech. food | $ 90.37 | |
| Hotel, transportation and travel | $ 662.40 | |

*Federal Tax ID # 81-4209484*

SUBTOTAL $ 57,088.59
SALES TAX
TOTAL $ 57,088.59

Make all checks payable to CONNECT LITIGATION
130 W MAIN ST, SUITE 144-309
TRAPPE PA 19426

**THANK YOU FOR YOUR BUSINESS!**



# EQUIPMENT

| PROJECT | | | LOCATION | | |
|---|---|---|---|---|---|
| WACO, TX | | | THE WAR ROOM- WACO | | |
| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL | TOTAL | |
| | **Workstations** | | | $ 3,120.00 | |
| 28 | 24" LCD flat panel monitors | $ 65.00 | $ 1,820.00 | | |
| 11 | Mice and keyboards | $ 5.00 | $ 55.00 | | |
| 15 | docks - RAK team (MAC) & local counsel | $ 70.00 | $ 1,050.00 | | |
| 3 | 24" monitors for graphics/hotseat | $ 65.00 | $ 195.00 | | |
| | **Networking** | | | $ 80.00 | |
| 8 | 8 port switches | $ 10.00 | $ 80.00 | | |
| | **Printers** | | | $ 3,250.00 | |
| 5 | High Speed Color Printers (plus $0.23 click) | $ 400.00 | $ 2,000.00 | | |
| 5 | High Speed BW w Duplex (plus $.02 click) | $ 250.00 | $ 1,250.00 | | |
| | **Service Fee** | | | $ 1,200.00 | |
| 1 | Equipment prep, cabling, power, tape | | $ 200.00 | | |
| | Equipment delivery | | $ 1,000.00 | | |
| | | | TOTAL | 7,650.00 | |

| | **Copiers - third party estimate - pass-through** | | | $ 8,350.00 |
|---|---|---|---|---|
| | Konica Minolta Bizhub Full Service Color Copier | | | |
| 3 | 65-75cpm b/w; 60-65cpm color | $ 2,500.00 | $ 7,500.00 | |
| | $250 delivery (flat fee not per machine) | $ 250.00 | $ 250.00 | |
| | Paper included (covers the paper used in copiers not any printers) | | | |
| | 0-20k will be billed $.32 cents per color click. | | | |
| | 20k-40k will be billed at $.27 cents per color click. | | | |
| | Over 40k will be billed at $.22 cents per color click. | | | |
| | All b/w overages billed at $.04 cents per b/w click. | | | |
| | 15,000 bw copies and 1,500 color copies included on each machine | | | |
| | $300 per week for 24/7 local on-call support (no additional for service calls) (tech would be staying in Marshall) | $ 300.00 | $ 600.00 | |
| | **Must be canceled three days prior to avoid rental fees. | | TOTAL | 8,350.00 |

| | **Clicks** | | | | |
|---|---|---|---|---|---|
| 0.02 | BW printer clicks | 0.02 | 1,398 | $ 27.96 | |
| 0.23 | COLOR printer clicks | 0.23 | 6,898 | $ 1,586.54 | |
| 0.04 | BW copier clicks | 0.04 | 5,955 | $ 6,400.00 | |
| 0.32 | COLOR copier clicks | 0.32 | 20,000 | $ 5,400.00 | |
| 0.27 | COLOR copier clicks | 0.27 | 20,000 | $ 4,259.42 | |
| 0.22 | COLOR copier clicks | 0.22 | 19,361 | $ 238.20 | |
| | | | TOTAL: | $ 17,912.12 | |



**Payable to: Array**
**Mail to: 2995 Dawn Dr. Suite 106**
          **Georgetown, TX  78628**
**Phone: (512) 831-4307**
**\*\*Please include invoice number with payment**

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2023 | X74283 |
| Tax ID - 85-0748969 ||

| Bill To | Ship To |
|---|---|
| Russ August & Kabat<br>Attn: Accounts Payable<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 | Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 |

| | Job Number | Array-LA042109 |
|---|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 7/30/2023 | 6/12/2023 | CW LA | Waco Trial | Michael Lee | 4047-006G |

| Quantity | Description | Price Each | Amount |
|---:|---|---:|---:|
| 44,229 | Electronic Image Endorsement (Per Page) | 0.01 | 442.29 |
| 53,004 | Image Conversion-Natives/PDFs (per page) | 0.04 | 2,120.16T |
| 428 | Exhibit Stamp Creation | 0.06 | 25.68T |
| 151,162 | Blowback Printing - with Assembly | 0.12 | 18,139.44T |
| 11,711 | Index Tabs | 0.35 | 4,098.85T |
| 324 | Custom Tabs | 0.50 | 162.00T |
| 95,326 | Blowback Printing - Color 8.5 x 11 | 0.85 | 81,027.10T |
| 10 | 28MM Coil Binding | 3.00 | 30.00T |
| 11 | 1" View D Ring Binder | 8.00 | 88.00T |
| 3 | 1.5" View D Ring Binder | 11.75 | 35.25T |
| 10 | 2" View D Ring Binder | 12.50 | 125.00T |
| 128 | 3" View D Ring Binder | 16.50 | 2,112.00T |
| 45 | 4" View D Ring Binder | 19.50 | 877.50T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (9.5%)** | |
| **Payments/Credits** | |
| **Balance** | |



**Payable to: Array**
**Mail to: 2995 Dawn Dr. Suite 106**
**Georgetown, TX 78628**
**Phone: (512) 831-4307**
**\*\*Please include invoice number with payment**

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2023 | X74283 |
| Tax ID - 85-0748969 ||

| Bill To | Ship To |
|---|---|
| Russ August & Kabat<br>Attn: Accounts Payable<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 | Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025 |

| | Job Number | Array-LA042109 |
|---|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 7/30/2023 | 6/12/2023 | CW LA | Waco Trial | Michael Lee | 4047-006G |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 8.25 | Technical Time (Per Hour)<br> 06/02/2023; JR Azana; Placing Exhibit Sticker (additional PTX Exhibits) to first Page of each Exhibit making sure not to cover any information; 45 mins<br>06/05/2023; JR Azana; Placing Exhibit Sticker (additional PTX Exhibits) to first Page of each Exhibit making sure not to cover any information; 15 mins<br>06/10/2023; JR Azana; Placing Exhibit Sticker (230609 Add'l PTX for Stamping) to first Page of each Exhibit making sure not to cover any information; 2 hrs 30 mins<br>06/12/2023; JR Azana; Placing Exhibit Sticker (zNATIVES TO PDF) to first Page of each Exhibit making sure not to cover any information; 30 mins<br>06/15-16/2023; JR Azana; Placing Exhibit Sticker (230615 Add'l PTX for Stamping & 230616 Add'l PTX for Stamping) to first Page of each Exhibit making sure not to cover any information; 1 hr 30 mins<br>06/17/2023; JR Azana; Placing Exhibit Sticker to first Page of each Exhibit making sure not to cover any information; 2 hrs 15 mins<br>06/18/2023; JR Azana; Placing Exhibit Sticker to first Page of each Exhibit making sure not to cover any information; 30 mins | 100.00 | 825.00 |
| 1 | Courier Service - 717 Franklin Avenue Waco, TX 76701 | 1,725.00 | 1,725.00 |
| | Client Discount | -12,500.00 | -12,500.00 |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $99,333.27 |
| **Sales Tax (9.5%)** | $9,184.17 |
| **Payments/Credits** | $0.00 |
| **Balance** | $108,517.44 |



# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2023 | 23-14602 |

**Please note our new EIN!**  Tax ID # 31-1763752

Digital Evidence Group
1730 M Street NW
Suite 812
Washington, DC 20036
252-292-1376

| Bill To |
|---|
| Russ August & Kabat
Reza Mirzaie
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025 |

| Terms | Due Date |
|---|---|
| Net 30 | 9/30/2023 |

| Description | Serviced | Case Caption | Deponent | Amount |
|---|---|---|---|---|
| EcoFactor v. ecobee
Trial Consulting expenses-Julie Pritchard Wright-Boards | 6/25/2023 | | | 3,045.75 |

We accept Credit Card payments and do not charge any processing fees.

| | |
|---|---|
| **Total** | $3,045.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,045.75 |

If you have any questions or concerns please contact Amanda Harrell at Digital Evidence Group at 252-292-1376.