# EXHIBIT 8

# EcoFactor, Inc. v. ecobee, Inc.

## EcoFactor Expert Erik de la Iglesia Analyzing Infringement by ecobee

Case Nos. 6:20-cv-00078 and 6:21-cv-00428

United States District Court

Western District of Texas (Waco)

Judge Alan D. Albright

PDX-0003.1

# '890 Patent, Claim 1[f]

**1[f]** one or more processors configured with electronic circuitry to:



**Mark Malchiondo**

*Co-founder,
VP of Software Development*



Q. ███████████████████████████
███████████████████████████

A. ██████

Q. ███████████████████████████
███████████████████████

A. ███████████████████████



# '890 Patent, Claim 1[h]

**1[h]** a second data parameter from a network connected to the thermostat, wherein the second data parameter comprises an <mark>outside weather condition</mark> collected from a source external to the building;



**Thermostat processor** and **server processor** each receive outside temperature measurements



- All ecobee thermostats display <mark>current outside temperature</mark> and forecast information



—which is

PTX-0278 (native file MP4); 10/7/2022 Resp. to RFA No. 6; 8/18/2021 Testimony of Mark Malchiondo at 233:16-235:5

PDX-0003.39

# '890 Patent, Claim 1[l]

**1[l]** <mark>receive geo-positioning data from the location-aware mobile device</mark> and automatically adjust a temperature value based on the geo-positioning data, including initiating at least one cooling or heating cycle for the HVAC system when the geo-positioning data is determined to indicate that the building is unoccupied by the user;

## ecobee also infringes part [i] of claim 1[l] under the Doctrine of Equivalents

**No substantial difference between** 



**Mark Malchiondo**
*Co-founder, VP of Software Development*
ecobee

Q.

A.

Q.

A.

9/9/2021 Testimony of Mark Malchiondo at 312:21-313:13

PDX-0003.64

# '890 Patent, Claim 1[l]

**1[l]** <mark>receive geo-positioning data from the location-aware mobile device</mark> and automatically adjust a temperature value based on the geo-positioning data, including initiating at least one cooling or heating cycle for the HVAC system when the geo-positioning data is determined to indicate that the building is unoccupied by the user;



**Mark Malchiondo**
*Co-founder,
VP of Software Development*
ecobee

9/9/2021 Testimony of Mark Malchiondo at 291:14-293:10 (obj. removed)

PDX-0003.78

# '890 Patent, Claim 1[l]

**1[l]** <mark>receive geo-positioning data from the location-aware mobile device</mark> and automatically adjust a temperature value based on the geo-positioning data, including initiating at least one cooling or heating cycle for the HVAC system when the geo-positioning data is determined to indicate that the building is unoccupied by the user;



**Mark Malchiondo**
*Co-founder,
VP of Software Development*

ecobee

9/9/2021 Testimony of Mark Malchiondo at 298:13-300:3 (obj. removed)

PDX-0003.79

# '890 Patent, Claim 1[m]

**1[m]** electronic circuitry configured to allow the user to adjust a desired temperature for the HVAC system;



**Mark Malchiondo**

*Co-founder, VP of Software Development*



Q.

A.

Q.

A.







6/5/2020 Testimony of Mark Malchiondo at 95:16-24; PTX-0284 (native file MP4); PTX-0101.0057-0058

PDX-0003.82

# '890 Patent, Dependent Claim 10

10 The thermostat system of claim 1, wherein the one or more processors is further configured to predict, based at least on the first data parameter, the second data parameter, and the first temperature setpoint data parameter, the time necessary for the HVAC system to operate in order for the building to reach the first temperature value by the first time value.



Mark Malchiondo
*Co-founder,
VP of Software Development*

ecobee

Q.

A.

Q.

A.

6/5/2020 Testimony of Mark Malchiondo at 125:2-25 (obj. removed); 9/9/2021 Testimony of Mark Malchiondo at 43:15-22

PDX-0003.106