IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br> v. <br><br> ECOBEE, INC., <br><br> Defendant. | Case No.: 6:21-cv-00428-ADA <br><br> **<u>LEAD CASE</u>** |
| ECOFACTOR, INC., <br><br> Plaintiff, <br> v. <br><br> ECOBEE, INC., <br><br> Defendant. | Case No.: 6:20-cv-00078-ADA |

**ORDER RESOLVING DISPUTES REGARDING PLAINTIFF'S BILL OF COSTS**

Before the Court is Plaintiff EcoFactor, Inc.'s Opposed Motion to Resolve Disputes Regarding Its Bill of Costs.

Having considered the Motion, any responsive pleadings, and the case record, the Court **GRANTS** the Motion and **ORDERS** that costs be awarded to Plaintiff in an amount of $200,771.33.

SIGNED on this _____ day of _____, 2023.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE